**United States Bankruptcy Court**
Northern District of Illinois

In re   SHARON STOKES

Case No. 04-33758

Debtor

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 209— in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 30.00  Check one: ☒ With the filing of the petition, or
                       ☐ On or before _____
   $ 79.00  on or before  9/24/04
   $ 50.00  on or before  10/8/04
   $ 50.00  on or before  10/22/04

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 1 3 2004

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   Date        _____ 9-7-04
Signature of Attorney                    Signature of Debtor SHARON STOKES        Date
                                         (In a joint case, both spouses must sign.)

ROBERT E. SKIPPER 6211461
Name of Attorney

_____
Signature of Joint Debtor (if any)        Date

3

**United States Bankruptcy Court**
Northern District of Illinois

In re    **SHARON STOKES**

Debtor

Case No. _____

Chapter _____7_____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date_____

_____
*UNITED STATES BANKRUPTCY JUDGE*