```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 33758
    SHARON STOKES
                                               CHAPTER 13

                                               JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1369

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/25/2004 and was confirmed 12/14/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 04/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHARTER ONE                CURRENT MORTG         .00            .00            .00
CHARTER ONE                MORTGAGE ARRE      910.00          94.29         910.00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     4997.25         610.51        4997.25
ALLSTATE INSURANCE         UNSECURED      NOT FILED            .00            .00
CAB SERVICES               UNSECURED         470.00            .00         470.00
NATIONAL ASSET RECOVERY    UNSECURED      NOT FILED            .00            .00
CITIBANK                   UNSECURED            .00            .00            .00
BAKER MILLER MARKOFF & K   UNSECURED            .00            .00            .00
GE CAPITAL                 UNSECURED      NOT FILED            .00            .00
ISAC                       UNSECURED            .00            .00            .00
NATIONWIDE SECURITY INC    UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         434.80            .00         434.80
ROUNDUP FUNDING LLC        UNSECURED         350.45            .00         350.45
SPRINT                     UNSECURED      NOT FILED            .00            .00
ROBERT E SKIPPER           DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                         455.52
DEBTOR REFUND              REFUND                                          189.18

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               8,512.00

PRIORITY                                         .00
SECURED                                     5,907.25
    INTEREST                                  704.80
UNSECURED                                   1,255.25
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          455.52
DEBTOR REFUND                                 189.18

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33758 SHARON STOKES
```

```
                            ---------------   ---------------
TOTALS                             8,512.00          8,512.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE